## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Russell et al v. Illinois Tool Works Inc. et al

Case Number: 1:22-cv-02492

An appearance is hereby filed by the undersigned as attorney for:
Illinois Tool Works Inc., The Board of Directors of Illinois Tool Works Inc., The Illinois Tool Works Inc. Employee Benefits Investment Committee

Attorney name (type or print): Nancy G. Ross

Firm: Mayer Brown LLP

Street address: 71 S. Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6190243
(See item 3 in instructions)

Telephone Number: (312) 701-8788

Email Address: nross@mayerbrown.com

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you acting as local counsel in this case? ☒ Yes ☐ No

Are you a member of the court's trial bar? ☒ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 1, 2022

Attorney signature: S/ Nancy G. Ross
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

