# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STACY RUSSELL, JAVIER CASTANEDA, QUEEN STINSON, GARRETT MAGEE, and STEPHEN E. RICHEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS TOOL WORKS INC., THE BOARD OF DIRECTORS OF ILLINOIS TOOL WORKS INC., THE ILLINOIS TOOL WORKS INC. EMPLOYEE BENEFITS INVESTMENT COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | Case No. 1:22-cv-2492<br><br>Honorable Charles P. Kocoras |

## LOCAL RULE 3.2 NOTICE REGARDING AFFILIATES AND RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and L. R. 3.2, Defendant Illinois Tool Works Inc. states that it has no parent corporation; no publicly held corporation owns 10% or more of its stock; and, after diligent review, it has identified the following entities or individuals that own, directly or indirectly (through ownership of one or more other entities), 5% or more of its stock: Briar Hall Management LLC, The Vanguard Group, State Farm Mutual Automobile Insurance Co., and BlackRock, Inc.

| | |
|---|---|
| Dated: January 17, 2023 | Respectfully submitted,<br><br>/s/ *Nancy G. Ross*<br>Nancy G. Ross<br>Jed W. Glickstein<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606-4637<br>(312) 782-0600<br>nross@mayerbrown.com |

-1-

-2-

jglickstein@mayerbrown.com

*Counsel for Defendant*
*Illinois Tool Works Inc.*